Case 3:00-cr-00145-HDM-VPC   Document 125   Filed 01/13/17   Page 1 of 1

Case 3:16-cr-07146-GPC   Document 1   Filed 10/17/16   Page 1 of 1
Case 3:00-cr-00145-HDM-VPC   Document 124   Filed 09/16/16   Page 1 of 3

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:00CR00097 and 3:00CR00145

DOCKET NUMBER (Rec. Court)
16CR7146-GPC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Denis Dude Iloff | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE
David W. Hagen

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 3/9/2015 | 3/8/2023 |

**OFFENSE**
Possession with Intent to Distribute Methamphetamine

Conspiracy to Possess with Intent to Manufacture, to Manufacture and Distribution of Methamphetamine, Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 16, 2016
*Date*

*Howard D. McKibben*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ SOUTHERN ____ DISTRICT OF ____ CALIFORNIA ____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/14/16
*Effective Date*

*Barry Ted Moskowitz*
*United States District Judge*